

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00237-CR

Phillip Wayne **GRIFFIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 7th Judicial District Court, Smith County, Texas
Trial Court No. 007-1767-08
The Honorable Kerry L. Russell, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is affirmed.

SIGNED April 30, 2014.

_____
Patricia O. Alvarez, Justice